1  Marion I. Quesenbery, Cal. SBN 072308
   Elise C. O'Brien, Cal. SBN 245967
2  RYNN & JANOWSKY, LLP
   P.O. Box 20799
3  Oakland, CA  94620
   Telephone:    (510) 705-8894
4  Facsimile:    (510) 705-8737
   E-mail:  marion@rjlaw.com
5  E-mail:  elise@rjlaw.com

6  Attorneys for Plaintiff
   Altafresh LLC dba Chelan Fresh Marketing
7

8                 UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | ALTAFRESH LLC dba CHELAN FRESH MARKETING, | CASE NO. C-07-03551 CRB |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF COMPLAINT, SUMMONS, AND RELATED DOCUMENTS ON RIPPLE RILEY THOMAS, LLC** |
| v. | |
| RIPPLE RILEY THOMAS, LLC; HELEN RIPPLE; KATHLEEN RILEY; and ANNE THOMAS, | |
| Defendants. | |

17       Attached as Exhibit A is the proof of service on Ripple Riley Thomas, LLC of the
18 Complaint, Summons, and related documents.

19 Date: July 20, 2007             RYNN & JANOWSKY, LLP

20

21                         By:    /s/ Marion I. Quesenbery
                                  MARION I. QUESENBERY
22                                Attorneys for Plaintiff
                                  Altafresh LLC dba Chelan Fresh Marketing
23

24

PROOF OF SERVICE OF SUMMONS & COMPLAINT – Case No. C-07-03551 CRB
Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**EXHIBIT A**

PROOF OF SERVICE OF SUMMONS & COMPLAINT – Case No. C-07-03551 CRB
Page 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RYNN & JANOWSKY<br>ATTORNEYS AT LAW<br>2615 RUSSELL STREET<br>BERKELEY, CA 94705 | (510) 705-8894 | |
| ATTORNEY FOR (NAME)    PLAINTIFF | REFERENCE NUMBER<br>0F259292-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ALTAFRESH LLC ET AL vs. RIPPLE RILEY THOMAS ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703551CRB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
USDC SUMMONS IN A CIVIL CASE;COMPLAINT;ECF REGISTRATION INFORMATION HANDOUT;ORDER SETTING INITIAL CASE MANAGMENET CONFERENCE AND ADR DEADLINES;ORDER SETTING CASE MANAGEMENT CONFERENCE;STANDING ORDER FOR ALL JUDGES;NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED;WELCOME NOTICE

**Name of Defendant:** RIPPLE RILEY THOMAS, LLC
**Person Served:** MAYRA BENITEZ
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 07/11/07
**Time of Delivery:** 02:05 pm

**Place of Service:** 3501 TAYLOR DRIVE
UKIAH, CA 95482    (Business)

**Date of Mailing:** 07/12/07
**Place of Mailing:** SANTA ROSA

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   ☐ Federal Rules of Civil Procedure
   ☒ California Code of Civil Procedure

**Fee for service:** $ 115.94

---

| | |
|---|---|
| ☒ Registered: SONOMA County,<br>Number: P-293<br>Attorney's Diversified Services<br>306 E. Main Street, Suite 304<br>Stockton, CA 95202<br>(209) 948-6110<br>30C/0F259292-01 | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed<br>on: July 13, 2007<br>at: SANTA ROSA, California.<br>CLIENT FILE # ALTA FRESH V RIPPLE RILEY Signature:<br>Name: J. REED<br>PROOF OF SERVICE    Title: REGISTERED PROCESS SERVER |