Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone:     (510) 705-8894
Facsimile:     (510) 705-8737
E-mail: marion@rjlaw.com
E-mail: elise@rjlaw.com

Attorneys for Plaintiff
Altafresh LLC dba Chelan Fresh Marketing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ALTAFRESH LLC dba CHELAN FRESH MARKETING, | CASE NO. C-07-03551 CRB |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF COMPLAINT, SUMMONS, AND RELATED DOCUMENTS ON DEFENDANTS HELEN RIPPLE, KATHLEEN RILEY, AND ANNE THOMAS** |
| v. | |
| RIPPLE RILEY THOMAS, LLC; HELEN RIPPLE; KATHLEEN RILEY; and ANNE THOMAS, | |
| Defendants. | |

Attached as Exhibit A (3 pages) are the proofs of service on Defendants Helen Ripple, Kathleen Riley, and Anne Thomas of the Complaint, Summons, and related documents.

Date: July 26, 2007          RYNN & JANOWSKY, LLP


                              By:    /s/ Marion I. Quesenbery
                                     MARION I. QUESENBERY
                                     Attorneys for Plaintiff
                                     Altafresh LLC dba Chelan Fresh Marketing

PROOF OF SERVICE OF SUMMONS & COMPLAINT – Case No. C-07-03551 CRB
Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT A

PROOF OF SERVICE OF SUMMONS & COMPLAINT – Case No. C-07-03551 CRB
Page 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RYNN & JANOWSKY<br>ATTORNEYS AT LAW<br>2615 RUSSELL STREET<br>BERKELEY, CA  94705 | (510) 705-8894 | |
| ATTORNEY FOR (NAME)    PLAINTIFF | REFERENCE NUMBER<br>0F259292-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ALTAFRESH LLC ET AL vs. RIPPLE RILEY THOMAS ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703551CRB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
USDC SUMMONS IN A CIVIL CASE;COMPLAINT;ECF REGISTRATION INFORMATION HANDOUT;ORDER SETTING INITIAL CASE MANAGMENET CONFERENCE AND ADR DEADLINES;ORDER SETTING CASE MANAGEMENT CONFERENCE;STANDING ORDER FOR ALL JUDGES;NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED;WELCOME NOTICE

**Name of Defendant:**  HELEN RIPPLE
**Person Served:**  MAYRA BENITEZ
**Title:**  PERSON APPARENTLY IN CHARGE

**Date of Delivery:**  07/12/07
**Time of Delivery:**  12:00 pm

**Place of Service:**  3501 TAYLOR DRIVE
UKIAH, CA 95482                                (Business)

**Date of Mailing:**  07/12/07
**Place of Mailing:**  SANTA ROSA

**Physical Description:**
| AGE: | 30YRS | HAIR: | BRN | HEIGHT: | 5'4" | RACE: | HISPANIC |
| SEX: | FEMALE | EYES: | BRN | WEIGHT: | 130LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   ☐ Federal Rules of Civil Procedure
**Fee for service:**   $ 41.56
                                    ☒ California Code of Civil Procedure

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed

☒ Registered: . . . MENDOCINO . . . . County,   on: . . . . . . . July 13, 2007 . . . . . . . ,
Number: . . . . . . . MC-50 . . . . . . . . .   at: . . . . . . . . . SANTA ROSA . . . . . , California.

Attorney's Diversified Services
306 E. Main Street, Suite 304
Stockton, CA  95202         CLIENT FILE # ALTA FRESH V RIPPLE RILEY    Signature:
(209) 948-6110                                                          Name: STUART ZELLER
30C/0F259292-02              PROOF OF SERVICE                          Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RYNN & JANOWSKY<br>ATTORNEYS AT LAW<br>2615 RUSSELL STREET<br>BERKELEY, CA 94705 | (510) 705-8894 | |
| ATTORNEY FOR (NAME)   PLAINTIFF | REFERENCE NUMBER<br>0F259292-03 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ALTAFRESH LLC ET AL vs. RIPPLE RILEY THOMAS ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703551CRB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
USDC SUMMONS IN A CIVIL CASE;COMPLAINT;ECF REGISTRATION INFORMATION HANDOUT;ORDER SETTING INITIAL CASE MANAGMENET CONFERENCE AND ADR DEADLINES;ORDER SETTING CASE MANAGEMENT CONFERENCE;STANDING ORDER FOR ALL JUDGES;NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED;WELCOME NOTICE

**Name of Defendant:** KATHLEEN RILEY
**Person Served:** MAYRA BENITEZ
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 07/12/07
**Time of Delivery:** 12:00 pm

**Place of Service:** 3501 TAYLOR DRIVE
UKIAH, CA 95482                    (Business)

**Date of Mailing:** 07/12/07
**Place of Mailing:** SANTA ROSA

**Physical Description:**
| AGE: | 30YRS | HAIR: | BRN | HEIGHT: | 5'4" | RACE: | HISPANIC |
| SEX: | FEMALE | EYES: | BRN | WEIGHT: | 130LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:** ☐ Federal Rules of Civil Procedure
**Fee for service:** $ 13.81
☒ California Code of Civil Procedure

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed


Attorney's Diversified Services
306 E. Main Street, Suite 304
Stockton, CA 95202
(209) 948-6110
30C/0F259292-03

Registered: MENDOCINO County, on: July 13, 2007
Number: MC-50                at: SANTA ROSA, California.

CLIENT FILE # ALTA FRESH V RIPPLE RILEY
Signature:
Name: STUART ZELLER
PROOF OF SERVICE
Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RYNN & JANOWSKY<br>ATTORNEYS AT LAW<br>2615 RUSSELL STREET<br>BERKELEY, CA  94705 | (510) 705-8894 | |
| ATTORNEY FOR (NAME)    PLAINTIFF | REFERENCE NUMBER<br>0F259292-04 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ALTAFRESH LLC ET AL vs. RIPPLE RILEY THOMAS ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703551CRB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
USDC SUMMONS IN A CIVIL CASE;COMPLAINT;ECF REGISTRATION INFORMATION HANDOUT;ORDER SETTING INITIAL CASE MANAGMENET CONFERENCE AND ADR DEADLINES;ORDER SETTING CASE MANAGEMENT CONFERENCE;STANDING ORDER FOR ALL JUDGES;NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED;WELCOME NOTICE

**Name of Defendant:** ANNE THOMAS
**Person Served:** MAYRA BENITEZ
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 07/12/07
**Time of Delivery:** 12:00 pm

**Place of Service:** 3501 TAYLOR DRIVE
UKIAH, CA 95482                    (Business)

**Date of Mailing:** 07/12/07
**Place of Mailing:** SANTA ROSA

**Physical Description:**

| AGE: | 30YRS | HAIR: | BRN | HEIGHT: | 5'4" | RACE: | HISPANIC |
|---|---|---|---|---|---|---|---|
| SEX: | FEMALE | EYES: | BRN | WEIGHT: | 130LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:** ☐ Federal Rules of Civil Procedure
**Fee for service:** $ 13.81
X California Code of Civil Procedure

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed

Registered: MENDOCINO County,   on: July 13, 2007
Number: MC-50                   at: SANTA ROSA, California.

Attorney's Diversified Services
306 E. Main Street, Suite 304
Stockton, CA 95202
(209) 948-6110

CLIENT FILE # ALTA FRESH V RIPPLE RILEY
Signature:
Name: STUART ZELLER
Title: REGISTERED PROCESS SERVER

PROOF OF SERVICE

30C/0F259292-04