Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:     (510) 705-8894
Facsimile:     (510) 705-8737
E-mail:  marion@rjlaw.com
E-mail:  elise@rjlaw.com

Attorneys for Plaintiff
Altafresh LLC dba Chelan Fresh Marketing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAFRESH LLC dba CHELAN FRESH MARKETING,<br><br>                    Plaintiff,<br><br>     v.<br><br>RIPPLE RILEY THOMAS, LLC; HELEN RIPPLE; KATHLEEN RILEY; and ANNE THOMAS,<br><br>                    Defendants. | CASE NO. C-07-03551 CRB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

    Pursuant to Local Court Rule 6-1(a), Plaintiff and Defendants stipulate and agree that Defendants may have until September 5, 2007, to file a response to Plaintiff's Complaint.

Date:  August 14, 2007                    RYNN & JANOWSKY, LLP


                         By:     /s/ Marion I. Quesenbery
                                 MARION I. QUESENBERY
                                 Attorneys for Plaintiff
                                 Altafresh LLC dba Chelan Fresh Marketing

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03551 CRB – Page 1

1 | Date: August 14, 2007          MANNON, KING & JOHNSON
2
3
                                By: /s/ James F. King
4                                   JAMES F. KING, Cal. Bar No. 041219
                                    Mannon, King & Johnson
5                                   Savings Bank Building, Suite 304
                                    200 North School Street
6                                   P.O. Box 419
                                    Ukiah, CA 95482
7                                   Telephone: (707) 468-9151
                                    Facsimile: (707) 468-0284
8                                   Attorneys for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03551 CRB – Page 2