Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:    (510) 705-8894
Facsimile:    (510) 705-8737
E-mail:  marion@rjlaw.com
E-mail:  elise@rjlaw.com

Attorneys for Plaintiff
Altafresh LLC dba Chelan Fresh Marketing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAFRESH LLC dba CHELAN FRESH MARKETING,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE RILEY THOMAS, LLC; HELEN RIPPLE; KATHLEEN RILEY; and ANNE THOMAS,<br><br>Defendants. | CASE NO. C-07-03551 CRB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**ORDER** |

Pursuant to Local Court Rule 6-1(a), Plaintiff and Defendants stipulate and agree that Defendants may have until September 5, 2007, to file a response to Plaintiff's Complaint.

Date: August 14, 2007                    RYNN & JANOWSKY, LLP


                                By:    /s/ Marion I. Quesenbery
                                       MARION I. QUESENBERY
                                       Attorneys for Plaintiff
                                       Altafresh LLC dba Chelan Fresh Marketing

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03551 CRB – Page 1

| | | |
|---|---|---|
| 1 | Date: August 14, 2007 | MANNON, KING & JOHNSON |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | JAMES F. KING, Cal. Bar No. 041219 |
| 5 | | Mannon, King & Johnson<br>Savings Bank Building, Suite 304 |
| 6 | | 200 North School Street<br>P.O. Box 419 |
| 7 | | Ukiah, CA 95482<br>Telephone: (707) 468-9151 |
| 8 | | Facsimile: (707) 468-0284<br>Attorneys for Defendants |
| 12 | August 22, 2007 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

*[signature]*

Judge Charles R. Breyer

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03551 CRB – Page 2