| | |
|---|---|
| 1 | Marion I. Quesenbery, Cal. SBN 072308 |
| | Elise C. O'Brien, Cal. SBN 245967 |
| 2 | RYNN & JANOWSKY, LLP |
| | P.O. Box 20799 |
| 3 | Oakland, CA  94620 |
| | Telephone:     (510) 705-8894 |
| 4 | Facsimile:      (510) 705-8737 |
| | E-mail:  marion@rjlaw.com |
| 5 | E-mail:  elise@rjlaw.com |
| 6 | Attorneys for Plaintiff |
| | Altafresh LLC dba Chelan Fresh Marketing |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAFRESH LLC dba CHELAN FRESH MARKETING, | CASE NO. C-07-03551 CRB |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| RIPPLE RILEY THOMAS, LLC; HELEN RIPPLE; KATHLEEN RILEY; and ANNE THOMAS, | |
| Defendants. | |

Pursuant to Local Court Rule 6-1(a), Plaintiff and Defendants stipulate and agree that Defendants may have until October 1, 2007, to file a response to Plaintiff's Complaint.  Plaintiff and Defendants have tentatively reached a settlement and need a few more days to finalize it and file the appropriate pleadings with the Court.

Date:  September 5, 2007                    RYNN & JANOWSKY, LLP


By:     /s/ Marion I. Quesenbery
         MARION I. QUESENBERY
         Attorneys for Plaintiff
         Altafresh LLC dba Chelan Fresh Marketing

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03551 CRB – Page 1

Date: September 5, 2007                MANNON, KING & JOHNSON

By: _____/s/ James F. King/_____
JAMES F. KING, Cal. Bar No. 041219
Mannon, King & Johnson
Savings Bank Building, Suite 304
200 North School Street
P.O. Box 419
Ukiah, CA 95482
Telephone: (707) 468-9151
Facsimile: (707) 468-0284
Attorneys for Defendants

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03551 CRB – Page 2