Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:    (510) 705-8894
Facsimile:    (510) 705-8737
E-mail:  marion@rjlaw.com
E-mail:  elise@rjlaw.com

Attorneys for Plaintiff
Altafresh LLC dba Chelan Fresh Marketing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAFRESH LLC dba CHELAN FRESH MARKETING, <br><br> Plaintiff, <br><br> v. <br><br> RIPPLE RILEY THOMAS, LLC; HELEN RIPPLE; KATHLEEN RILEY; and ANNE THOMAS, <br><br> Defendants. | CASE NO. C-07-03551 CRB <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Court Rule 6-1(a), Plaintiff and Defendants stipulate and agree that Defendants may have until October 1, 2007, to file a response to Plaintiff's Complaint.  Plaintiff and Defendants have tentatively reached a settlement and need a few more days to finalize it and file the appropriate pleadings with the Court.

Date:  September 5, 2007                    RYNN & JANOWSKY, LLP


By:    /s/ Marion I. Quesenbery
        MARION I. QUESENBERY
        Attorneys for Plaintiff
        Altafresh LLC dba Chelan Fresh Marketing

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03551 CRB – Page 1

1   Date: September 5, 2007

2

3                                         MANNON, KING & JOHNSON

4                               By: _____
                                    JAMES F. KING, Cal. Bar No. 041219

5                                   Mannon, King & Johnson
                                    Savings Bank Building, Suite 304

6                                   200 North School Street
                                    P.O. Box 419

7                                   Ukiah, CA 95482
                                    Telephone: (707) 468-9151

8                                   Facsimile: (707) 468-0284
                                    Attorneys for Defendants

9   September 12, 2007

10

11                          IT IS SO ORDERED

12

13                          Judge Charles R. Breyer

14

15

16

17

18

19

20

21

22

23

24

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C07-03551 CRB – Page 2