Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone:    (510) 705-8894
Facsimile:    (510) 705-8737
E-mail: marion@rjlaw.com
E-mail: elise@rjlaw.com

Attorneys for Plaintiff
Altafresh LLC dba Chelan Fresh Marketing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAFRESH LLC dba CHELAN FRESH MARKETING,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE RILEY THOMAS, LLC; HELEN RIPPLE; KATHLEEN RILEY; and ANNE THOMAS,<br><br>Defendants. | CASE NO. C-07-03551 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)]** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff voluntarily dismisses the above captioned action in its entirety, with prejudice.

Date: October 1, 2007                RYNN & JANOWSKY, LLP


                           By:    /s/ Marion I. Quesenbery
                                  MARION I. QUESENBERY
                                  Attorneys for Plaintiff
                                  Altafresh LLC dba Chelan Fresh Marketing

NOTICE OF VOLUNTARY DISMISSAL
Case No. C07-03551 CRB – Page 1